IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM ALEXANDER TOWNSEND,

    Plaintiff,

v.                                Case No. 5:12-cv-176-MP-GRJ

WARDEN J. PALMER, et al,

    Defendants.
_____/

## ORDER

This matter is before the Court on Plaintiff's Supplement to Civil Rights Action (Doc. 4) and his motion to proceed in forma pauperis. (Doc. 5.) This Court previously entered an order on June 12, 2012 instructing Plaintiff to amend his complaint and to file a motion to proceed in forma pauperis or pay the $350 filing fee on or before July 13, 2012. (Doc. 3.) Plaintiff's motion to proceed in forma pauperis is handwritten on what appears to be pages torn from a legal pad, as is his Supplement. Plaintiff cannot proceed with this lawsuit until he has filed an amended complaint and an amended motion to proceed in forma pauperis on the Court's forms or has paid the $350 filing fee. Accordingly, the Clerk will be directed to send Plaintiff an additional copy of the Court's civil rights complaint form for prisoner litigants for actions arising under 42 U.S.C. § 1983, a motion to proceed in forma pauperis for prisoner litigants, and a courtesy copy of this Court's June 12, 2012 order (Doc. 3).

Accordingly, it is hereby **ORDERED:**

1.     The **Clerk** is instructed to send the Plaintiff blank copies of the Court's form complaint for use by prisoners in actions under 42 U.S.C. § 1983, a blank motion to proceed in forma pauperis for use by prisoners and a copy of the Court's June 12, 2012 order (Doc. 3). Plaintiff shall file a First

      Amended Complaint, completing the complaint form in full.  Plaintiff shall file the First Amended Complaint, with a service copy for each Defendant, **on or before July 13, 2012.**  Plaintiff shall also either pay the $350 filing fee or a file a properly completed motion to proceed in forma pauperis **on or before July 13, 2012.**

2. A ruling on Plaintiff's motion to proceed in forma pauperis (Doc.4) is **DEFERRED** pending receipt of a properly filed motion to proceed in forma pauperis.

3. Failure to comply with this Order in the allotted time will result in a recommendation to the district judge that this cause be dismissed.

**DONE AND ORDERED** this 22nd day of June, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge