IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM ALEXANDER TOWNSEND,

    Plaintiff,

v.                          Case No. 5:12-cv-176-MP-GRJ

WARDEN J. PALMER, et al,

    Defendants.

_____/

## ORDER

This matter is before the Court on Plaintiff's "Writ for Clarification." (Doc. 7.) The Writ for Clarification is a collection of handwritten, seemingly unrelated documents, including a handwritten motion to proceed in forma pauperis and what appears to be more factual description of the claims Plaintiff wishes to include in this lawsuit. It is unclear what relief, if any, Plaintiff is asking for in the Writ for Clarification. Accordingly, the Writ for Clarification will be denied.

Accordingly, it is **ORDERED:**

1.     Plaintiff's Writ for Clarification (Doc. 7) is **DENIED.**

2.     Plaintiff is reminded that the Court in its previous orders directed Plaintiff to file a First Amended Complaint and either pay the $350 filing fee or file a properly completed motion to proceed in forma pauperis on or before **July 13, 2012**. (Docs. 3 & 6.)

**DONE AND ORDERED** this 26th day of June, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge