IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM ALEXANDER TOWNSEND,

    Plaintiff,

v.                                                   CASE NO. 5:12-cv-176-MP-GRJ

WARDEN J. PALMER, et al.,

    Defendants.

_____/

## ORDER

This matter is before the Court on Plaintiff's Response to the Court's Order to Show Cause. (Doc. 12.) On June 12, 2012, the Court entered an order directing Plaintiff to file an amended complaint on the Court's form and pay the filing fee, or file a motion to proceed *in forma pauperis*, by July 13, 2012. The Court repeated this directive on June 22, 2012, Doc. 6, and twice more in orders denying Plaintiff's "Writs for Clarification." (Docs. 8, 10.) On July 19, with no amended complaint, filing fee, or motion to proceed *in forma pauperis* filed, the Court ordered Plaintiff to show cause why the case should not be dismissed for failure to obey a directive of the Court and for failure to prosecute. In response, Plaintiff has filed a statement of vague and conclusory allegations against Defendants, and has also requested an extension of time. Because Plaintiff is incarcerated and proceeding *pro se*, the Court will grant him an extension of time to file his amended complaint. Plaintiff is advised, however, that no additional extensions will be granted without good cause shown.

Accordingly, it is hereby **ORDERED** that:

1. Plaintiff shall file the First Amended Complaint, with a service copy for each

Defendant, **on or before August 17, 2012.** Plaintiff shall also either pay the $350 filing fee or a file a properly completed motion to proceed in forma pauperis **on or before August 17, 2012.**

**DONE AND ORDERED** this 3rd day of August 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge