# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

WILLIAM ALEXANDER TOWNSEND,

    Plaintiff,

v.                                                  CASE NO. 5:12-cv-00176-MP-GRJ

CARLMICHAEL, COMMANDER, CULPEPPER, DUVAL, CONNIE HILL, JACKSON, JOHNSON, MARTIN, MARTIN, MAYO, MEEKS, JOHN PALMER, SHULA, SILCOX, SYKES, THURMAN, JOHN WHITFIELD,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 26, 2011. (Doc. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. shut you

Upon consideration, the Court agrees that plaintiff failed to file an amended complaint as directed, and that the original complaint fails to state a cause of action.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The motion for leave to proceed as a pauper, Doc. 5, is GRANTED for the limited purpose of screening this case.

3.     Plaintiff's "Writ for Attorney's Fees & F.O.I.A.," Doc. 14, is DENIED.

4. This case is DISMISSED for failure to comply with this Court's orders of June 12, June 22, June 26, July 2, July 19, and August 3, 2012 and failure to state a claim pursuant to 28 U.S.C § 1915(e)(2)(B)(I). Such dismissal will operate as a "strike" pursuant to 28 U.S.C § 1915(g).

5. Plaintiff's Motion for Preliminary Injunction, Doc. 17, is DENIED for the reasons stated in the Report and Recommendation.

**DONE AND ORDERED** this _29th_ day of November, 2012

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge